914

No. 10–5294. JACKSON v. ROE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–5295. LACEY v. DOMINGUEZ ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–5298. BISHOP v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 10–5299. ANTHONY v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. ▮

No. 10–5300. BARRON v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 10–5301. ARMSTRONG v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 10–5302. CHESTANG v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 10–5303. DUMAS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 10–5304. COX v. FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 10–5305. ROMERO-MORENO, AKA TOLIDANO v. HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 10–5306. OSORIO v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–5307. MERILIEN v. DANFORTH, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 10–5308. MARTIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 10–5310. RUFF v. FLORIDA. Sup. Ct. Fla. Certiorari denied. ▮

No. 10–5311. SPEARS v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–5313. SIRINGI v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮